IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:03cr00431-005 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT DUPEE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on July 28, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Charles Fleming. The original violation report [Doc. 462] was referred to Magistrate Judge Greg White for a Report and Recommendation which was issued on June 16, 2015 [Doc. 466]). No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

1) use of illicit substance;

2) failure to notify probation officer within 72 hours of an arrest;

3) failure to notify probation officer within 72 hours after change of address;

4) failure to pay court-ordered child support.

Therefore, the defendant is committed to the Bureau of Prisons for a period of 60 days. Defendant shall report to the Office of the U.S. Marshal in Chesapeake, Virginia (or the nearest location) by 12:00 noon on October 21, 2015, unless otherwise designated by the Bureau of Prisons prior to October 21, 2015.  Upon release from incarceration defendant's supervised release shall terminate.

**IT IS SO ORDERED.**


Dated: July 30, 2015               <u>s/    *James S. Gwin*                         </u>
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE